# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2228
_____

BRIAN M. CASEY,

Petitioner,

v.

JULIE L. JONES, Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


August 1, 2018


PER CURIAM.

The petition for writ of habeas corpus, which seeks a belated appeal of an order entered in a civil proceeding, is denied. *See Powell v. Fla. Dep't of Corr.*, 727 So. 2d 1103 (Fla. 1st DCA 1999).

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––


Brian M. Casey, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondent.